Argued and submitted July 21, reversed and remanded August 3, 1983

STATE OF OREGON,
*Respondent,*

*v.*

MARK ANDREW JELDNESS,
*Appellant.*

(10-82-03415; CA A26840)

667 P2d 11

John Daugirda, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Linda Acaldo, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief was Dave Frohnmayer, Attorney General, and William F. Gary, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Van Hoomissen and Newman, Judges.

PER CURIAM.

**PER CURIAM.**

The state concedes that the trial court erred in sentencing defendant to a five-year minimum term pursuant to ORS 161.610. We agree.

Reversed and remanded for resentencing.